Richard E. Crawforth
trustee@richardcrawforth.com
410 So. Orchard, Suite 172
Boise, ID  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In Re: ) | |
| ) | |
| VITRUVIAN INVESTMENT GROUP, LLC ) | Case No. 08-02458 JDP |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

MOTION FOR APPROVAL OF SALE OF REAL PROPERTY AND
APPROVAL OF REALTOR'S COMMISSION

Pursuant to 11 U.S.C. Section 363(f) the Trustee moves the Court for approval of the sale of real property identified as 943 W Rose Quartz, Kuna, Idaho and legally described as Lot 6 Blk 7 Mineral Springs Sub #2 to highest bidder ("Buyer") for not less than a gross purchase price of $65,000.00.  The Trustee requests that the sale be approved along with real estate commission fees of $3,900.00 and with an order allowing the property to be sold free and clear of all liens and encumbrances with an estimated proposed distribution as set forth below.

In support of this Motion the Trustee alleges as follows:

1. VITRUVIAN INVESTMENT GROUP, LLC and  ("Debtor(s)") filed a Chapter 7 bankruptcy Petition on 11/03/08.  At the time of filing the Chapter 7 bankruptcy petition on 11/03/08, the Debtors held a Promissory Note and Deed of Trust on the Real Property identified as 943 W Rose Quartz, Kuna, Idaho and legally described as Lot 6 Blk 7 Mineral Springs Sub #2.  The borrower on the promissory note, Vladimir Sebyakin, was in default on his obligation to the debtor.  Subsequently a Notice of Default was issued and a Trustee's Sale was held on March 12, 2010, with the Bankruptcy Estate of Vitruvian Investment Group, LLC as the beneficiary.

2. The Trustee has received and accepted from Beast LLC ("Buyer"), subject to higher bids and Court approval, an offer of $65,000.00 for the purchase of the real property.  A copy of the Real Estate Purchase and Sale Agreement is attached hereto as Exhibit A.  The

Trustee believes the fair market value of the real property is approximately equal to the sale price.

3. The property is not subject to a Deed of Trust.

4. The Trustee proposes that the purchase price be distributed in the following approximate amounts at the time of closing:

SALE PRICE                                                                          $65,0000.00

Less <u>Estimated</u> Deductions:

| | |
|---|---|
| 6% Realtor's Commission | $3,900.00 |
| Title Insurance | 490.00 |
| Property Taxes | 1,452.00 |
| Escrow Closing Fee | 205.00 |
| Recording Fees and Reconveyance | 40.00 |
| Closing Costs | 200.00 |
| Total <u>Estimated</u> Deductions | $6,287.00 |

<u>Estimated</u> net to bankruptcy estate                                         $58,713.00

5. As part of this Motion, the Trustee also seeks approval to pay, at the time of closing, a 6% real estate agent sales commission in the estimated amount of $3,900.00 to Jude Gary of Metropolitan Real Estate. Mr. Gary's employment by the court is pending approval; an order is expected on or about August 10, 2010. Application to employ Mr. Gary was filed on July 15, 2010 (Docket #100). The Trustee believes the commission is fair and reasonable.

6. The Trustee believes and certifies that all interested parties have been property notified pursuant to Rule 2002 and Local Rule 2002.1.

7. The real property is not subject to a homeowners' exemption.

8. The Trustee believes the proposed sale is in the best interest of the estate and creditors.

DATED: July 27, 2010          /S/ Richard E. Crawforth          .
                              Richard E. Crawforth
                              Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on this date as indicated below, I electronically filed the foregoing Motion for Approval of Sale of Real Property and Approval of Realtor's Compensation with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

LAURA E BURRI
P O BOX 2773
BOISE, ID 83701

*Served by U.S. MAIL*

VITRUVIAN INVESTMENT GROUP, LLC
c/o LAURA E BURRI
P O BOX 2773
BOISE, ID 83701

JUDE GARY
METROPOLITAN REAL ESTATE INC
7080 SORENSON
BOISE ID 83709

/S/ Richard E. Crawforth            .
Chapter 7 Bankruptcy Trustee
*Date:* July 27, 2010